## 56963. CHERRY v. THE STATE.

BELL, Chief Judge.

The defendant appeals his conviction of two counts of aggravated battery. *Held:*

1. Defense counsel asked defendant on direct examination, ". . . have you ever been convicted of a felony involving moral turpitude?" Defendant responded, "No, Sir." No other evidence which would bear on defendant's

character was adduced. A charge on good character is only required when direct examination relates to general reputation, good or bad. *Wilson v. State,* 190 Ga. 824 (10 SE2d 861). This solitary statement was insufficient to require a charge on good character, and the trial court did not err in refusing to honor defendant's written request.

2. The evidence authorized the conviction.

*Judgment affirmed. Webb and Banke, JJ., concur.*

ARGUED JANUARY 3, 1979 — DECIDED JANUARY 9, 1979.

*Joe Salem, Donna Salem,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Wallace Speed, Victor Alexander, Jr., Assistant District Attorneys,* for appellee.